Stella Havkin (SBN 134334)
Havkin & Shrago Attorneys at Law
5950 Canoga Avenue, Suite 400
Woodland Hills, California 90040
Telephone: (818) 999-1568
Facsimile: (818) 305-6040
Email:  stella@havkinandshrago.com

Attorneys for Reorganized Debtor Cesar Albert Moya

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION

| In re | Case No. 2:18-bk-12313-VZ |
| | Chapter 11 |
| Cesar Albert Moya, | **STATUS REPORT; DECLARATION OF CESAR MOYA** |
| Reorganized Debtor. | Date: July 23, 2020<br>Time: 9:30 a.m.<br>Courtroom: 1368 |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES**

**BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE, AND**

**OTHER PARTIES IN INTEREST:**

Reorganized Debtor Cesar Albert Moya (the "Debtor") submits report regarding his

performance under the confirmed plan.  Finally, after a series of roadblocks, the Debtor is able to

refinance and pay off the creditors.  The refinance will close on July 22, 2020 or the latest July 23,

2020.


DATED: 7/22/2020                    Havkin & Shrago


By:   /s/ Stella Havkin
_____
Stella Havkin
Attorneys for Cesar Moya
Reorganized Debtor

Second Post Confirmation Status Report

## <u>DECLARATION OF CESAR ALBERT MOYA</u>

I, Cesar Albert Moya, declare:

1.      I am the reorganized debtor in the above bankruptcy case and the following facts are within my personal first-hand knowledge and if called upon as a witness, I could and would competently testify thereto.

2.      Finally, after a series of roadblocks, I have been able to refinance and pay off the creditors.  The refinance will close on July 22, 2020 or the latest July 23, 2020.

I declare under penalty of perjury that the following is true and correct and that this declaration is executed on July 22, 2020 in Culver City, California.

_____
Cesar Albert Moya

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

5950 Canoga Avenue,. Suite 400, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled (*specify*): Debtor's Status Report

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/22/2020_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

havkinlaw@earthlink.net; stella@havkinandshrago.com        ustpregion16.la.edf@usdoj.gov
dcrowder@crowderlaw.com, bknotices@americandebtlaw.com
claims@recoverycorp.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  07/22/2020_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/22/2020 | Stella Havkin | /s/ Stella Havkin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1 800 Loan Mart
15400 Sherman Way
Van Nuys, CA 91406

Ad Astra Recovery Services
7330 W. 33rd St. #118
Wichita, KS 67205

Bank of America
P.O. Box 982238
El Paso, TX 79998

Barclays Bank of Delaware
PO Boc 8803
Wilmington, DE 19899

Cach LLC
9200 Oakdale Avenue, #601
Chatsworth, CA 91311

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Cavalary Portfolio Service
500 Summit Lake Drive #400
Valhalla, NY 10595

Chase
PO Box 15298
Wilmington, DE 19850

Citimortgage
PO Box 688971
Des Moines, IA 50368

Credit One Bank
Po Box 98873
Las Vegas, NV 89193-8873

Credit One Visa
P.O. Box 60500
City of Industry, CA 91716-0500

Curtis Franklin Leahy

c/o Evanns Collection Law Firm
3731 Wilshire Boulevard, Suite 514
Los Angeles, CA 90012

Discover
P.O. Box 30943
Salt Lake City, UT 84130

Discover Financial Services
PO Box 15316
Wilmington, DE 19850

Dr. Daniel Taheri, MD, Inc.
Santa Monica Blvd.
Los Angeles, CA 90025

Dr. Purushottan Billimoria
3 Marinita Avenue
San Rafael, CA 94901

Fast Credit Financial
1730 W. Olympic Blvd. #520
Los Angeles, CA 90015

First Access Visa
PO Box 89028
Laughlin, NV 89028-9028

First Premier Bank
PO Box 5529
Sioux Falls, SD 57117-5529

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

HSBC Bank of Nevada
1111 N. Town Center Drive
Las Vegas, NV 89144

LA Laser Center PC
10884 Santa Monica Blvd.
Los Angeles, CA 90025

Sierra Receivables Management

2500 Goodwater Ave.
Redding, CA 96002

Speedy Cash
PO Box 780408
Wichita, KS 67278

Total Visa Card
P.O. Box 89940
Sioux Falls, SD 57109

Trident Asset Management
PO Box 888424
Atlanta, GA 30356